UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONYA E. MCQUESTION,

                    Plaintiff,

        v.

NANCY A. BERRYHILL,

                    Defendant.

CASE NO. C17-5484 BAT

**ORDER GRANTING TO MOTION TO EXTEND TIME TO ANSWER**

        The Court **GRANTS** defendant's motion to extend time to answer, Dkt. 7, and

**ORDERS**: Defendant shall have up to and including December 20, 2017, to respond to

Plaintiff's Complaint.

        DATED this 21st day of November, 2017.


                                        _____
                                        BRIAN A. TSUCHIDA
                                        United States Magistrate Judge

ORDER GRANTING TO MOTION TO
EXTEND TIME TO ANSWER - 1