UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DIVISION

| TONYA MCQUESTION, | Civil No. 17-5484 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, ~~Acting~~ Deputy Commissioner of Social Security <u>for Operations</u>, | |
| Defendant. | |

It is hereby ORDERED that the Commissioner's final decision shall be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). On remand, the Administrative Law Judge will review the record to determine whether it supports an immediate finding of disability. If not, the ALJ will further develop the record and issue a new decision. Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

DATED this 24th day of April, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov